# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4959
_____

LACHLAN ROTSCHREK,

   Appellant,

   v.

FSH, MARGUERITE MORGAN,

   Appellees.

_____


On appeal from the Circuit Court for Gadsden County.
Francis Allman, Judge.

July 10, 2018


PER CURIAM.

   AFFIRMED.

ROBERTS, WETHERELL, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Lachlan Rotschrek, pro se, Appellant.

Waylon Lewis, Senior Attorney, Department of Children and Families, Chattahoochee, for Appellees.